Lillian Belle Stephens, an Infant, by Henrietta Stephens, Her Guardian

ad Litem, Respondent, v. JAMES FALVO, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.